1052

THE STATE OF WASHINGTON, *Respondent*, v. SAMUEL J. FLETCHER, *Appellant*.

Appeal from a judgment of the Superior Court for Grays Harbor County, No. 14-1-00207-9, F. Mark McCauley, J., entered October 17, 2014. *Affirmed* by unpublished opinion per Worswick, J., concurred in by Johanson, C.J., and Maxa, J.

*In the Matter of the Personal Restraint of* STEWART MICHAEL RIGGS, *Petitioner*.

Petition for relief from personal restraint. *Granted in part, denied in part*, and *remanded with instructions* by unpublished opinion per Johanson, C.J., concurred in by Maxa and Sutton, JJ.

WENDY DICKIE, *Appellant*, v. WASHINGTON STATE PARKS AND RECREATION COMMISSION, *Respondent*.

Appeal from a judgment of the Superior Court for Thurston County, No. 13-2-02246-7, Carol Murphy, J., entered January 9, 2015. *Affirmed* by unpublished opinion per Worswick, J., concurred in by Johanson, C.J., and Maxa, J.

THE STATE OF WASHINGTON, *Respondent*, v. PATRICK ELLIOT PEARSON, *Appellant*.

Appeal from a judgment of the Superior Court for Grant County, No. 14-1-00023-8, Evan E. Sperline, J., entered May 6, 2014. *Affirmed* by unpublished opinion per Lawrence-Berrey, J., concurred in by Fearing, J.; Korsmo, J., concurring separately.